# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA ]
]
v. ] No. 3:13-CR-00093
] CHIEF JUDGE HAYNES
JOHN NASRAT ]

## MOTION TO ENLARGE MOTION FILING DEADLINE

Comes now the Defendant, John Nasrat, by and through undersigned counsel, and hereby

moves this Honorable Court to enarge the June 25, 2013 motion filing deadline (Docket No. 14)

by thirty (30) days to July 25, 2013.

In support of this motion, Mr. Nasrat submits the following:

Mr. Nasrat is charged in the above referenced indictment with conspiracy to possess and

distribute a controlled substance analogue in violation of Title 21 U.S.C. section 846, delivery of

misbranded drugs into interstate commerce with the intent to commit fraud in violation of Title

21 U.S.C. sections 331 (a), 333(a)(2) and 352(a)(b) and (f), and possession with intent to

distribute a Schedule I controlled substance in violation of Title 21 U.S. C. section 841(a)(1)

(Docket No. 1). On June 3, 2013, Mr. Nasrat was arraigned on the above referenced indictment

and entered pleas of not guilty (Docket No. 12).

The government recently provided discovery and the defense is in the process of

reviewing it with Mr. Nasrat. There are approximately 556 pages of discovery and the

investigation into the alleged offenses is in the early stages. Moreover, this is a very unusual

case. The facts underlying the charged offenses are that Mr. Nasrat was selling synthetic type

drugs that may have been made out of items that were legal to possess. The facts are further

complicated by the law in the State of Tennessee which appears to have allowed the sale of