UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| | ] |
| v. | ] No. 3:13-CR-00093 |
| | ] CHIEF JUDGE HAYNES |
| JOHN NASRAT | ] |

## MOTION TO ENLARGE
## JANUARY 27, 2014 MOTION FILING DEADLINE

*[handwritten annotation: Granted. The motion is GRANTED for the time requested. William J. Haynes, Jr. 1-21-14]*

Comes now the Defendant, John Nasrat, by and through undersigned counsel, and hereby moves this Honorable Court to enlarge the January 27, 2014 motion filing deadline (Docket No. 29) by three weeks to February 19, 2014

In support of this motion, Mr. Nasrat submits the following:

Mr. Nasrat is charged in the above referenced indictment with conspiracy to possess and distribute a controlled substance analogue in violation of Title 21 U.S.C. section 846, delivery of misbranded drugs into interstate commerce with the intent to commit fraud in violation of Title 21 U.S.C. sections 331 (a), 333(a)(2) and 352(a)(b) and (f), and possession with intent to distribute a Schedule I controlled substance in violation of Title 21 U.S. C. section 841(a)(1) (Docket No. 1). On June 3, 2013, Mr. Nasrat was arraigned on the above referenced indictment and entered pleas of not guilty (Docket No. 12).

Mr. Nasrat's pretrial motion filing deadline is currently January 27, 2014; his jury trial is scheduled for March 18, 2014 (Docket No. 29). Both the defense and the government have conferred on multiple occasions about the potential sentencing guidelines range and have had extensive plea discussions. Over the past week, the parties have made significant progress and hope to reach a resolution of the case short of filing pretrial motions and proceeding to trial.